## 17788. COCLIN *v.* TAYLOR.

Construing against the plaintiff in certiorari the contradictions and uncertainties in the record, he does not show error in the judgment complained of; and the judge of the superior court did not err in overruling the certiorari.

DECIDED MARCH 8, 1927. REHEARING DENIED APRIL 12, 1927.

---

Certiorari, 11 C. J. p. 208, n. 10, 11.

37

Certiorari; from Richmond superior court—Judge A. L. Franklin. October 23, 1926.

*W. Inman Curry,* for plaintiff in error. *John J. Jones,* contra.

BLOODWORTH, J. The only assignment of error in the petition for certiorari is upon the entering of judgment against the defendant in the magistrate's court. It is well established in this State that the presumption is always in favor of an unreversed judgment, and that the burden in certiorari proceedings is on the plaintiff in certiorari to plainly, distinctly, and affirmatively show error. The record in this case is confused and confusing, and contains irreconcilable contradictions. Uncertainties and ambiguities in a certiorari record must be construed favorably to a judgment refusing a new trial. *Reese* v. *Miller,* 33 *Ga. App.* 443 (4) (126 S. E. 904). The record in this case does not plainly, distinctly, and affirmatively show error in the judgment of which complaint is made, and the judge of the superior court properly overruled the certiorari.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*